CSD 1100 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Brian Crozier Whitaker, SBN 183350
Yuri Simpson, SBN 183737
Lifeline Legal, LLP
9665 Chesapeake Drive, Suite #345
San Diego, CA 92123
O: 858-560-4335  F: 619-512-5123

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Catharine Jacklyn Cahoon

BANKRUPTCY NO. 18-01239-MM13

Debtor.

**AMENDMENT**

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☒ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☐ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☒ Income of Individual Debtor(s)
- ☒ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated: 03/29/2018        Signature  /s/ Brian C. Whitaker
                                      Attorney for Debtor

CSD 1100

CSD 1100 (Page 2) [12/01/15]

# DECLARATION OF DEBTOR

I [We] __Catharine Jacklyn Cahoon__ and _____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __13__ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 03/29/2018          _/s/ Catharine J. Cahoon_           _____
                                *Debtor                              *Joint Debtor

*Pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
    1.  Before each entry, specify the purpose of the amendment by inserting:
        a.  "ADDED," if the information was missing from the previous document filed; or
        b.  "CORRECTED," if the information modifies previously listed information; or
        c.  "DELETED," if previously listed information is to be removed.
    2.  At the bottom of each page, insert the word "AMENDED."
    3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __03/29/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐  Chapter 7 Trustee:

☐  For Chpt. 7, 11, & 12 cases:  ☒ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE           THOMAS H. BILLINGSLEA, JR., TRUSTEE     DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov         Billingslea@thb.coxatwork.com           admin@ch13.sdcoxmail.com
                                                                        dskelton13@ecf.epiqsystems.com

CSD 1100


CSD 1100 (Page 3) [12/01/15]

2. **Served by United States Mail or Overnight Mail:**

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    03/29/2018
                (Date)

/s/ Julieta B. Gonzales
(Typed Name and Signature)

9665 Chesapeake Drive, Suite 345
(Address)

San Diego, CA 92123
(City, State, ZIP Code)

CSD 1100

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Catharine**    **Jacklyn**    **Cahoon** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | |
| Case number | 18-01239-MM13 | ■ Check if this is an amended filing |

Official Form 106A/B

# Schedule A/B: Property     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**12245 Carmel Vista Road #110**
Street address, if available, or other description

**San Diego**    **CA**    **92130-0000**
City    State    ZIP Code

**San Diego**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
**$392,381.00**    **$392,381.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

+ ADDED / * CORRECTED

| Debtor 1 | Catharine Jacklyn Cahoon | Case number *(if known)* | 18-01239-MM13 |

**1.2 If you own or have more than one, list here:**

+ **157 Mozart Ave**
Street address, if available, or other description

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

+ **Cardiff by the Sea**   CA   92007-0000
City   State   ZIP Code

**Current value of the entire property?**
+ $1,493,205.00

**Current value of the portion you own?**
+ $1,493,205.00

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

+ **San Diego**
County

☐ Check if this is community property *(see instructions)*

**Other information you wish to add about this item, such as local property identification number:**

+ 157 Mozart Ave Cardiff, CA Property was sold in Foreclosure Sale on 3/13/17; In Process of Rescission by Lender. However, lender holding $500,000 (approx) in foreclosure surplus.

**1.3 If you own or have more than one, list here:**

**Vacant Lot**
Street address, if available, or other description

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Borrego Springs**   CA   92004-0000
City   State   ZIP Code

**Current value of the entire property?**
$30,000.00

**Current value of the portion you own?**
$30,000.00

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

**San Diego**
County

☐ Check if this is community property *(see instructions)*

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**   + $1,915,586.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1  **Catharine Jacklyn Cahoon**                            Case number *(if known)*  **18-01239-MM13**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: **Toyota**<br>Model: **Tacoma**<br>Year: **2004**<br>Approximate mileage: **95,000**<br>Other information: | Who has an interest in the property? Check one<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>Current value of the entire property? **$4,950.00**<br>Current value of the portion you own? **$4,950.00** |
|---|---|---|---|
| 3.2 | Make: **Mercedes**<br>Model: **300E Sedan**<br>Year: **1989**<br>Approximate mileage: **21,000**<br>Other information: | Who has an interest in the property? Check one<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>Current value of the entire property? **$1,328.00**<br>Current value of the portion you own? **$1,328.00** |
| 3.3 | Make: **Toyota**<br>Model: **Prius One**<br>Year: **2012**<br>Approximate mileage: **47,000**<br>Other information: | Who has an interest in the property? Check one<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>Current value of the entire property? **$10,357.00**<br>Current value of the portion you own? **$10,357.00** |
| 3.4 | Make: **Chevrolet**<br>Model: **Van Express**<br>Year: **2006**<br>Approximate mileage: **77,000**<br>Other information:<br>**Vehicle is Non-Op. Fair Market Value Listed at Half KBB Value ($5,218)** | Who has an interest in the property? Check one<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>Current value of the entire property? **$2,609.00**<br>Current value of the portion you own? **$2,609.00** |
| 3.5 | Make: **Honda**<br>Model: **Accord**<br>Year: **2002**<br>Approximate mileage: **150,000**<br>Other information:<br>**Vehicle Non-Op; Cant Pass Smog. Fair Market Value listed at half KBB (1,670)** | Who has an interest in the property? Check one<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>Current value of the entire property? **$835.00**<br>Current value of the portion you own? **$835.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| Debtor 1 | Catharine Jacklyn Cahoon | Case number *(if known)* | 18-01239-MM13 |
|---|---|---|---|

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$20,079.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household Goods and Furnishings | $2,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Miscellaneous Electronics | $600.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | Books, Pictures, Collectibles and other Misc Items | $100.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Miscellaneous Sports and Hobby Equipment | $100.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Miscellaneous Clothes and Shoes | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Miscellaneous Jewelry | $500.00 |
    |---|---|

Debtor 1 **Catharine Jacklyn Cahoon**                                                                                                     Case number *(if known)* **18-01239-MM13**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | 2 Cats | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................  **$3,800.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**            **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

    **Cash on hand**  **$200.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                                          Institution name:

    | 17.1. | Checking | **CitiBank**<br>**Solana Beach, CA** | $500.00 |
    | 17.2. | Checking | **Citibank**<br>**San Diego, CA**<br>**(Mother's Account/Bear Legal Title)** | $0.00 |
    | 17.3. | Checking | **PenFed Credit Union**<br>**Miramar, CA** | $1,400.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                                Name of entity:                                                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                Issuer name:

| Debtor 1 | **Catharine Jacklyn Cahoon** | Case number *(if known)* | **18-01239-MM13** |
|---|---|---|---|

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                            Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                            Company name:                  Beneficiary:                  Surrender or refund value:

Debtor 1    Catharine Jacklyn Cahoon    Case number (if known)   18-01239-MM13

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........   -

| | | |
|---|---|---|
| | **Pending Lawsuit against Summerhill Homeowners Association for Recovery of Property located at: 2114 Summerhill Drive, Encinitas CA 92024 Civil Complaint (#37-2017-00005695)** | Unknown |
| | **Possible Lawsuit against Chase Bank for Refund of Unauthorized Turnover of Fees** | Unknown |
| | **Possible Lawsuit against Estate of Victor L. Calvi Jr.** | Unknown |
| | **Possible Malpractice Lawsuit against Dena Acosta, Esq for Misappropriation of Funds Held in Attorney Trust Account** | $19,000.00 |
| | **Possible Lawsuit against Mozar Creek Owners Association Inc for Turnover of Illegally Held Funds** | $20,000.00 |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**    * $41,100.00

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6**:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

- 157 Mozart Ave Cardiff, CA Property was sold in Foreclosure Sale on 3/13/17; In Process of Rescission by Lender....

* CORRECTED

Debtor 1 **Catharine Jacklyn Cahoon**  Case number *(if known)* **18-01239-MM13**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  $0.00

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ........................................................................................................  * $1,915,586.00
56. **Part 2: Total vehicles, line 5**                           $20,079.00
57. **Part 3: Total personal and household items, line 15**    $3,800.00
58. **Part 4: Total financial assets, line 36**              * $41,100.00
59. **Part 5: Total business-related property, line 45**      $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00
61. **Part 7: Total other property not listed, line 54**    + $0.00

62. **Total personal property.** Add lines 56 through 61...   * $64,979.00   Copy personal property total   * $64,979.00

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    * $1,980,565.00

Fill in this information to identify your case:

Debtor 1: Catharine Jacklyn Cahoon

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number: 18-01239-MM13
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Self Employer-Real Estate Broker | |
| Employer's name | Catharine Cahoon Broker | |
| Employer's address | 1170 Ace Way<br>Borrego Springs, CA 92004 | |
| How long employed there? | 30 years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 0.00 | $ N/A |

Official Form 106I                              Schedule I: Your Income                              page 1

Debtor 1   **Catharine Jacklyn Cahoon**                                      Case number (*if known*)   **18-01239-MM13**

|       |                                                                           |       | For Debtor 1 | For Debtor 2 or non-filing spouse |
|-------|---------------------------------------------------------------------------|-------|-------------:|----------------------------------:|
|       | **Copy line 4 here**                                                      | 4.    | $ 0.00       | $ N/A                             |
| 5.    | **List all payroll deductions:**                                          |       |              |                                   |
| 5a.   | **Tax, Medicare, and Social Security deductions**                         | 5a.   | $ 0.00       | $ N/A                             |
| 5b.   | **Mandatory contributions for retirement plans**                          | 5b.   | $ 0.00       | $ N/A                             |
| 5c.   | **Voluntary contributions for retirement plans**                          | 5c.   | $ 0.00       | $ N/A                             |
| 5d.   | **Required repayments of retirement fund loans**                          | 5d.   | $ 0.00       | $ N/A                             |
| 5e.   | **Insurance**                                                             | 5e.   | $ 0.00       | $ N/A                             |
| 5f.   | **Domestic support obligations**                                          | 5f.   | $ 0.00       | $ N/A                             |
| 5g.   | **Union dues**                                                            | 5g.   | $ 0.00       | $ N/A                             |
| 5h.   | **Other deductions.** Specify:                                            | 5h.+  | $ 0.00       | + $ N/A                           |
| 6.    | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.        | 6.    | $ 0.00       | $ N/A                             |
| 7.    | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   | 7.    | $ 0.00       | $ N/A                             |
| 8.    | **List all other income regularly received:**                             |       |              |                                   |
| 8a.   | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,975.00 | $ N/A |
| 8b.   | **Interest and dividends**                                                | 8b.   | $ 0.00       | $ N/A                             |
| 8c.   | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d.   | **Unemployment compensation**                                             | 8d.   | $ 0.00       | $ N/A                             |
| 8e.   | **Social Security**                                                       | 8e.   | $ 0.00       | $ N/A                             |
| 8f.   | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g.   | **Pension or retirement income**                                          | 8g.   | $ 0.00       | $ N/A                             |
| 8h.   | **Other monthly income.** Specify: **Help from Mother/Caregiving Income** | 8h.+  | $ 2,500.00   | + $ N/A                           |
|       | **Mother's VA Income**                                                    |       | $ 1,176.00   | $ N/A                             |
| 9.    | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.              | 9.    | $ 5,651.00   | $ N/A                             |
| 10.   | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,651.00 + $ N/A = $ 5,651.00 | |
| 11.   | **State all other regular contributions to the expenses that you list in** *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 | |
| 12.   | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 5,651.00 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:   1. Debtor received no income from Self Employment in the 6/months prior to filing her bankruptcy, but anticiaptes receiving a $400.00 commission check this month (March 2018).

Official Form 106I                          **Schedule I: Your Income**                          page 2

## DECLARATION OF SELF-EMPLOYMENT and/or OTHER INCOME

I declare that I have income for which there is not pay stub or equivalent documentation as follows:

___ My employer pays me on an independent contractor basis and reports my earnings to the IRS using Form 1099 instead of Form W-2. Attached hereto are copies of the documentation I received from my employer.

___ I work freelance part-time/full time as_____.

___ I am self-employed as a/an_____.

X other: Rental Income_____.

I don't have a financial statement from any accountant, or documentation that provides a convenient periodic summary. From my records I am able to approximate my income and expenses for the past 6 months as follows:

| MONTHS: | 9/2017 | 10/2017 | 11/2017 | 12/2017 | 1/2018 | 2/2018 | TOTALS |
|---|---|---|---|---|---|---|---|
| GROSS RECEIPTS | $1975 | $1975 | $1975 | $1975 | $1975 | $1975 | 11,850- |
| EXPENSES (Specify) | | | | | | | |
| | | | | | | | |
| Total Expenses | | | | | | | 11,850- |
| Net Income | | | | | | | 0- |
| Average Net Income | | | | | | | 1,975- |

I declare under penalty of perjury that the foregoing is true and correct except as to matters stated on information and belief, and as to such matters, I believe them to be true and that this declaration was executed in San Diego, California.

X _Catharine J Cahoon_ Signature of Debtor         3/13/18 Date

Fill in this information to identify your case:

Debtor 1: __Catharine Jacklyn Cahoon__

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number: 18-01239-MM13
(If known)

Check if this is:
- ☒ An amended filing
- ☒ A supplement showing postpetition chapter 13 expenses as of the following date:
  __3/29/2018__
  MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses           12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☒ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ☒ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Mother | 93 | ☐ No  ☒ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
|  | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Official Form 106J                 Schedule J: Your Expenses                      page 1

* CORRECTED / + ADDED / − DELETED

| Debtor 1 | Catharine Jacklyn Cahoon | Case number (if known) | 18-01239-MM13 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 130.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 110.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 300.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 50.00 |
| 10. | **Personal care products and services** | 10. $ | 20.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 80.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 20.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 200.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: + **1st mort Mozart (US Bank)** (prop currently vacant) | 17c. $ | + 700.00 |
| | 17d. Other. Specify: + **2nd mort Mozart (citibank)** | 17d. $ | + 845.00 |
| | + **HOA Mozart** | $ | + 325.00 |
| | + **1st mortgage The Lakes** (rental income on Schedule I) | $ | + 210.00 |
| | + **HOA The Lakes** | $ | + 375.00 |
| | + **Taxes on Borrego Springs lot** | $ | + 50.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*. | | |
| | 20a. Mortgages on other property | 20a. $ | − 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | − 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | − 0.00 |
| 21. | **Other:** Specify: − | 21. +$ | − 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | * 3,565.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | * 3,565.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,651.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. −$ | * 3,565.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | * 2,086.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: